UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GABRIEL ALLEN ECKARD,

        Plaintiff,

v.

TY TRENARY, *et al.*,

        Defendants.

Case No. C19-880-JCC-MLP

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Michelle L. Peterson, United States Magistrate Judge:

On September 11, 2019, Plaintiff filed a motion for summary judgment which was noted on the Court's calendar for consideration on October 4, 2019. (Dkt. # 18.) On September 24, 2019, Defendants filed a response to Plaintiff's motion and a cross-motion for summary judgment which they noted on the Court's calendar for consideration on October 25, 2019. (Dkt. # 19.) On September 25, 2019, Plaintiff filed a motion to dismiss a single defendant which was noted on the Court's calendar for consideration on October 18, 2019. (Dkt. # 21.)

MINUTE ORDER
PAGE - 1

As it will be most efficient for the Court to consider all pending dispositive motions at the same time, Plaintiff's motion for summary judgment (dkt. # 18) and Plaintiff's motion to dismiss a defendant (dkt. # 21) are RENOTED on the Court's calendar for consideration on ***October 25, 2019***.

DATED this 8th day of October, 2019.

                WILLIAM McCOOL, Clerk

                By s/Tomas Hernandez
                   Deputy Clerk