THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GABRIEL ALLEN ECKARD, | CASE NO. C19-0880-JCC |
| Plaintiff, | ORDER |
| v. | |
| TY TRENARY *et al.*, | |
| Defendants. | |

This matter comes before the Court on the report and recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge (Dkt. No. 23). Plaintiff did not file objections to the report and recommendation.[1] Having thoroughly considered the report and recommendation and the relevant record, the Court finds oral argument unnecessary and hereby ORDERS that:

1. The report and recommendation (Dkt. No. 23) is ADOPTED.

2. Plaintiff's motion for summary judgment (Dkt No. 18) is DENIED, and Defendants' unopposed cross-motion for summary judgment (Dkt. No. 19) is GRANTED.

3. Plaintiff's motion to dismiss Defendant Wafstet (Dkt. No. 21) is STRICKEN as moot.

---

[1] Two weeks after the deadline to file objections, Plaintiff requested additional time to object to the report and recommendation. (*See* Dkt. No. 25.) The Court hereby DENIES the request for additional time to file objections.

1      4. Plaintiff's complaint (Dkt. No. 5) and this action are DISMISSED with prejudice.

2      5. The Clerk is DIRECTED to send copies of this order to Plaintiff, Defendants, and Judge Peterson.

DATED this 7th day of April 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C19-0880-JCC
PAGE - 2